**MFR COMPANY, L.C., Plaintiff–Appellant,**

v.

**DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for Fremont 2003–1, Asset–Backed Certificate, Series 2003–1; Ocwen Loan Servicing, LLC; Susan Brassfield–Hausenfleck, a/k/a Susan Brassfield; Michael Hausenfleck; Trustee Services of Virginia, LLC, Defendants–Appellees.**

No. 15-2115

United States Court of Appeals, Fourth Circuit.

Submitted: July 21, 2016

Decided: September 8, 2016

Christopher J. Williams, VOGELMAN, TURNER, & WRIGHT, P.C., Alexandria, Virginia, for Appellant. Maryia Y. Jones, John C. Lynch, Jason E. Manning, Andrew B. Pittman, TROUTMAN SANDERS, LLP, Virginia Beach, Virginia, for Appellees.

Before WILKINSON, DIAZ, and THACKER, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

The Appellant, MFR Company, L.C., appeals the district court's order granting the Appellees' motion to dismiss the complaint and denying MFR's motion to remand the case to state court. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. MFR Co., L.C. v. Deutsche Bank Nat'l Trust, No. 1:15–cv–00407–CMH–IDD (E.D. Va. Aug. 21, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid in the decisional process.

AFFIRMED